Order; Dissent to Order by Judge MILAN D. SMITH, JR.
ORDER
Judges Hug and W. Fletcher have voted to deny appellants’ petitions for rehearing. Judge Kleinfeld has voted to grant the petitions for rehearing. Judge W. Fletcher has voted to deny the petitions for rehearing en banc and Judge Hug has so recommended. Judge Kleinfeld would grant the petitions for rehearing en banc.
The full court was advised of the petitions for rehearing en banc. A judge of the court requested a vote on en banc rehearing. The matter failed to receive a majority of the votes of the nonrecused *793 active judges in favor of en banc consideration. Fed. R.App. P. 35.
The petitions for rehearing and the petitions for rehearing en banc are DENIED. Judge M. Smith’s dissent from the denial of en banc rehearing is filed concurrently herewith.